IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:20-CR-00380-M

UNITED STATES OF AMERICA

v.

EVAN MICHAEL PALMER,

Defendant.

ORDER

This matter comes before the court on Defendant's Motion for First Step Act Compassionate Release under 18 U.S.C. § 3582(c)(1)(A) [DE 433]. Defendant, through counsel, seeks an "early" release from imprisonment, acknowledging that, upon release, he "will live with his mother in Maryland" and will be "under the supervision of the United States Probation Office for a term [of] 5 years." *Id.* at 3.

The motion was filed on August 7, 2024. Since that time, Defendant appears to have been released from BOP custody on or about May 13, 2025.[1] As such, the court cannot grant the requested relief, and Defendant's motion is DENIED as moot.

Also before the court are Defendant's Motion to Seal D.E. 421 (his prior motion for reduction of his sentence, granted on December 20, 2024) [DE 422], and the United States' Motion to Seal its response to the motion for compassionate release [DE 438]. Pursuant to Fed. R. Crim. P. 49.1(d) and Local Criminal Rule 55.2, and based on information set forth in the proposed sealed documents, the motions are GRANTED.

---

[1] *See* https://www.bop.gov/mobile/find_inmate/byname.jsp#inmate_results, last visited 8/27/2025.

The Clerk of the Court shall maintain under seal the documents at DE 421 and 437 until further order of the court.

SO ORDERED this 27th day of August, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE